Amir Nassihi (SBN 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:  415.544.1900
Facsimile:  415.391.0281

Attorneys for Defendant
TOYOTA MOTOR SALES U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA ESPINELI and MOHAMMAD MOGHADDAM, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES U.S.A., INC., a California corporation; TOYOTA MOTOR CORPORATION, a Japanese Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00698-KJM-CKD<br><br>Judge: Hon. Kimberly J. Mueller<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND MOTION HEARING**<br><br>Complaint Filed:  Mar. 31, 2017 |

Pursuant to Eastern District of California Civil Local Rules 143 and 144, Plaintiffs Melinda Espineli and Mohammad Moghaddam ("Plaintiffs") and Defendant Toyota Motor Sales U.S.A., Inc. ("Defendant") (jointly "Parties"), by and through their respective attorneys, hereby stipulate as follows:

## **STIPULATION**

On August 9, 2018, the Court, on its own motion set a Status Conference for October 25, 2018.

On September 19, 2018, Plaintiffs filed their First Amended Complaint.

On October 4, 2018, the Court, on its own motion vacated the Status Conference set for October 25, 2018, and reset it for November 1, 2018.

On October 17, 2018, Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint, setting the motion hearing for February 22, 2019 at 10:00 a.m.

On October 19, 2018, the Court, on its own motion vacated the Status Conference set for November 1, 2018 and the hearing on Defendant's Motion to Dismiss set for February 22, 2019, and reset them both for January 11, 2019 at 10:00 a.m.

Counsel for Defendant, Amir Nassihi, has a conflict on January 11, 2019, due to a previously scheduled hearing on Motion for Summary Judgment and Pretrial Motions in *Brown v. GlaxoSmithKline*, No. 15CV23066 (Circuit Court of Oregon, County of Multnomah)

The parties have met and conferred and have agreed, with the Court's permission, to reschedule (1) The Status (Pretrial Scheduling) Conference and (2) Defendant's Motion to Dismiss to February 8, 2019.

The requested continuance and modifications would not impact the case schedule, which will be set at or following the Status (Pretrial Scheduling) Conference. Subject to the Court's approval, the parties stipulate as follows:

1. The Status Conference and Motion Hearing on Defendant's Motion to Dismiss (ECF No. 46) shall be continued to February 8, 2019.

Dated: November 5, 2018          Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir Nassihi*
    Amir Nassihi

Attorneys for Defendant
Toyota Motor Sales U.S.A.

Dated: November 5, 2018          Respectfully submitted,

KERSHAW, COOK & TALLEY PC

2

By: */s/ Ian Barlow* (as authorized on 11/5/18)

William A. Kershaw
Stuart C. Talley
Ian J. Barlow

Attorneys for Plaintiffs
Melinda Espineli and Mohammad Moghaddam

**IT IS SO ORDERED.** The Status Conference and Motion Hearing on Defendant's Motion to Dismiss (ECF No. 46) are continue from January 11, 2019 to February 8, 2019, at 10:00 a.m.

DATED: November 14, 2018.

_____
UNITED STATES DISTRICT JUDGE