Amir Nassihi (SBN 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:	415.544.1900
Facsimile:	415.391.0281

Attorney for Defendant
TOYOTA MOTOR SALES U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA ESPINELI and MOHAMMAD MOGHADDAM, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES U.S.A., INC., a California corporation; TOYOTA MOTOR CORPORATION, a Japanese Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00698-KJM-CKD<br><br>Judge: Hon. Kimberly J. Mueller<br><br>**STIPULATION AND ORDER SETTING MOTION TO DISMISS BRIEFING DEADLINES** |

On May 24, 2019, the Court granted Defendant Toyota Motor Sales U.S.A., Inc.'s Motion to Dismiss First Amended Complaint with leave to amend, setting a deadline for any amended complaint for June 14, 2019. Plaintiffs filed their Second Amended Complaint on June 14, 2019.

To provide the Parties with adequate time to prepare briefs in support of and in opposition to Toyota's Motion to Dismiss Plaintiffs' Second Amended Complaint, and in light of vacation schedules, the Parties stipulate, subject to the Court's approval, as follows:

1. Toyota's motion to dismiss shall be filed on or before July 12, 2019.
2. Plaintiffs' opposition shall be filed on or before August 16, 2019.
3. Toyota's reply shall be filed on or before September 6, 2019.

Dated: June 24, 2019                    Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir Nassihi*
    Amir Nassihi

    Attorney for Defendant
    Toyota Motor Sales U.S.A.


Dated: June 24, 2019                    Respectfully submitted,

KERSHAW, COOK & TALLEY PC

By: */s/ Ian Barlow* (as authorized on 6/20/19)

    William A. Kershaw
    Stuart C. Talley
    Ian J. Barlow

    Attorneys for Plaintiffs
    Melinda Espineli and Mohammad Moghaddam

**IT IS SO ORDERED.** Toyota's motion to dismiss shall be filed on or before July 12, 2019. Plaintiffs' opposition shall be filed on or before August 16, 2019. Toyota's reply shall be filed on or before September 6, 2019.

DATED: June 27, 2019.

_____
UNITED STATES DISTRICT JUDGE