Amir Nassihi (SBN 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:  415.544.1900
Facsimile:  415.391.0281

Attorney for Defendant
TOYOTA MOTOR SALES U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA ESPINELI and MOHAMMAD MOGHADDAM, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES U.S.A., INC., a California corporation; TOYOTA MOTOR CORPORATION, a Japanese Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00698-KJM-CKD<br><br>Judge: Hon. Kimberly J. Mueller<br><br>**STIPULATION AND ORDER SETTING DATES IN CONNECTION WITH PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Eastern District of California Civil Local Rules 143 and 144, the parties hereby stipulate as follows:

Following the Court's May 24, 2019 order dismissing Plaintiffs' First Amended Class Action Complaint (Dkt. No. 58), Plaintiffs filed their Second Amended Class Action Complaint on June 14, 2019 (Dkt. No. 60). Toyota filed a motion to dismiss the Second Amended Class Action Complaint on July 12, 2019 and noticed the hearing for September 20, 2019. (Dkt. 64-1). On August 15, 2019, the Court approved the Parties' stipulation to modify the deadline for Plaintiffs' opposition to Toyota's motion to dismiss, ordering Plaintiffs' opposition to be filed by August 23, 2019 and that the deadline

for Defendant's reply and the hearing date on the motion to dismiss remained unchanged. (Dkt. No. 76).

Following Plaintiffs' ex parte application, on August 21, 2019, the Court issued a Minute Order continuing Defendant's pending motion to dismiss hearing to November 15, 2019 to allow the Court to hear Plaintiffs' Motion for Leave to Amend on a normal briefing schedule. (Dkt. No. 80).

On August 23, 2019, the Court issued a Minute Order that approved the Parties' stipulation to a September 23, 2019 deadline for Plaintiffs' opposition to Toyota's motion to dismiss, and an October 7, 2019 deadline for Defendant's reply (Dkt. No. 82).

On August 28, 2019, Plaintiffs filed their Motion for Leave to file an Amended Complaint pursuant to the Court's August 21, 2019 Minute Order and noticed that hearing for October 4, 2019. (Dkt. No. 83). On its own motion, the Court reset that hearing to October 3, 2019 and ordered that filing deadlines would also be set as provided by Local Rule 230. (Dkt. No. 84). In addition, the Court issued a Minute Order on September 16, 2019 vacating the November 15, 2019 hearing date on Toyota's motion to dismiss and resetting it for November 22, 2019. Filing deadlines on Toyota's motion to dismiss were also reset as provided by Local Rule 230. (Dkt. No. 87).

To accommodate pre-existing conflicts for Toyota's counsel as to the hearing date on Plaintiffs' Motion for Leave to File an Amended Complaint and to provide counsel with adequate time to brief the pending motions, the Parties stipulate, subject to the Court's approval, as follows:

| Event | Deadline |
|---|---|
| Toyota's Opposition to Plaintiffs' Motion for Leave to Amend Complaint | October 9, 2019 |
| Plaintiffs' Reply in Support of their Motion for Leave to Amend Complaint | October 25, 2019 |
| Hearing on Plaintiffs Motion for Leave to Amend Complaint | November 1, 2019 at 10:00 a.m. |

| Plaintiffs' Opposition to Toyota's Motion to Dismiss Second Amended Complaint | November 8, 2019 by 10:00 a.m. PST |
|---|---|
| Toyota's Reply in Support of its Motion to Dismiss Second Amended Complaint | November 15, 2019 |
| Hearing on Toyota's Motion to Dismiss Second Amended Complaint | November 22, 2019 at 10:00 a.m. |

In addition, if the Court takes the motion to amend under submission either prior to or at the hearing on November 1, the Parties stipulate that Plaintiffs may request that the Court continue, stay, or vacate the briefing schedule and/or hearing on the motion to dismiss pending its decision on the motion to amend. Toyota agrees to the form and procedure of request and will not object on those grounds. Toyota reserves the right to oppose the substance of the request to continue the motion to dismiss briefing schedule and/or hearing.

**IT IS SO STIPULATED.**

Dated: September 17, 2019

Respectfully submitted,
SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir Nassihi*
    Amir Nassihi
    Attorney for Defendant
    Toyota Motor Sales U.S.A.

Dated: September 17, 2019

Respectfully submitted,
KERSHAW, COOK & TALLEY PC

By: */s/ Ian Barlow (authorized on 9/17/19)*

    William A. Kershaw
    Stuart C. Talley
    Ian J. Barlow
    Attorneys for Plaintiffs
    Melinda Espineli and Mohammad Moghaddam

**IT IS SO ORDERED.**

Dated: September 20, 2019.

_____
UNITED STATES DISTRICT JUDGE